# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:02-CR-00161-001 |
| KENNY LEE MATHESON ) | USM No: 08281-003 |
| Date of Previous Judgment: 04/04/2003 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __322__ months **is reduced to** __270 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 210 to 262 months plus 60 months consecutive. | Amended Guideline Range: | 168 to 210 months plus 60 months consecutive |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

Defendant's motion for appointment of counsel (Doc. 188) is DENIED.

**III. ADDITIONAL COMMENTS**

The court sentenced at the high end of the guideline range originally, plus 60 months consecutive required by the conviction on Count 5.  This sentence is likewise at the high end of the new guideline range, plus the 60 months consecutive.  Defendant's objection to the court's calculation is based on his assertion that the original guideline range was calculated incorrectly.  He cannot challenge the original calculation under 18 U.S.C. Section 3582(c)(2).

Except as provided above, all provisions of the judgment dated __04/04/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/23/2008

/s/ Callie V. S. Granade
Judge's signature

Effective Date: _____
(if different from order date)

Chief United States District Judge
Printed name and title