IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | CR. NO. 02-0161-CG-B |
| **KENNEY LEE MATHESON,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the defendant's motion for leave to appeal in forma pauperis, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this court. The court certifies that the defendant's appeal is not taken in good faith; therefore, the defendant's motion for leave to appeal in forma pauperis is hereby **DENIED**.

**DONE and ORDERED** this 22nd day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE