AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| KENNY LEE MATHESON | ) | Case No: | 02-00161-001 |
| | ) | USM No: | 08281-003 |
| Date of Original Judgment: 04-04-2003 | ) | | |
| Date of Previous Amended Judgment: 12-15-2011 | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  135 months on Counts 1 & 3,  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The order to show cause (Doc.280) mistakenly stated that the reduced sentence would be 120 months, plus 60 months consecutive on Count 5.  However, that order also said that a comparable high end sentence would be 135 months on Counts 1 & 3, with 60 months consecutive on Count Five.  The reduced sentence imposed by this Order is a comparable high end sentence of 195 months: 135 months on Counts 1 & 3 with 60 months consecutive on Count 5.

Except as otherwise provided, all provisions of the judgment dated  04-04-2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  December 29, 2014

*Callie V.S. Granade U.S. District Judge*
(Digitally signed by Callie V.S. Granade U.S. District Judge. DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US. Date: 2014.12.29 14:38:25 -06'00')

*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

United States District Judge
*Printed name and title*